O 84-15

# ELECTRONIC RECORD

COA # 01-14-00145-CR            OFFENSE: 19.04 (Manslaughter)

STYLE: Romelle Monte Hawkins v. The State of Texas            COUNTY: Harris

COA DISPOSITION: AFFIRM            TRIAL COURT: 179th District Court

DATE: 12/04/2014            Publish: NO    TC CASE #: 1402764

# IN THE COURT OF CRIMINAL APPEALS

STYLE: Romelle Monte Hawkins v. The State of Texas            CCA #: O84-15

_PRO SE_ Petition            CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:            DATE: _____

REFUSED            JUDGE: _____

DATE: 04/22/2015            SIGNED: _____    PC: _____

JUDGE: Per Curiam            PUBLISH: _____    DNP: _____

------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**